

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-90,248-01 & WR-90,248-02

### EX PARTE STEVEN MAJID HAMIDI, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. CR2014-014-1 & CR2014-015-001
### IN THE 207TH DISTRICT COURT
### FROM COMAL COUNTY

*Per curiam*.

### O R D E R

Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. It is missing Applicant's Memorandum of Law, which is referred to in the trial court's findings of fact and the "State's Supplemental

Response to Applicant's Memorandum."

The district clerk shall either forward Applicant's Memorandum of Law to this Court or certify in writing that this document is not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: December 2, 2019
Do not publish